**Robert Dale ALEXANDER, Plaintiff–Appellant,**

v.

**Max WILLIAMS; et al., Defendants–Appellees,**

and

**Franke, Defendant.**

**No. 15–35181**

United States Court of Appeals, Ninth Circuit.

Submitted June 14, 2016 *

FILED June 24, 2016

Robert Dale Alexander, TRCI—Two Rivers Correctional Institution (Umatilla), Umatilla, OR, for Plaintiff–Appellant.

Denise Gale Fjordbeck, Assistant Attorney General, Oregon Department of Justice, Salem, OR, for Defendants–Appellees.

Before: BEA, WATFORD, and FRIEDLAND, Circuit Judges.

MEMORANDUM **

Oregon state prisoner Robert Dale Alexander appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging that defendants were deliberately indifferent to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004), and we affirm.

The district court properly granted summary judgment for defendant Gruenwald because Alexander failed to raise a genuine dispute of material fact as to whether Gruenwald was deliberately indifferent to his colitis and proctitis. *See id.* at 1058, 1060 (deliberate indifference is a high legal standard; medical malpractice, negligence, or a difference of opinion concerning the course of treatment does not amount to deliberate indifference.)

We reject as without merit Alexander's contention that the district court failed to consider his evidence.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.